IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TODDRICK DAVIS, <br> BOP Register No. 33945-177, <br><br> Petitioner, <br><br> V. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | § § § § § § § § § § § | No. 3:22-cv-740-N |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 23rd day of September, 2022.

_____
DAVID C. GODBEY
CHIEF UNITED STATES
DISTRICT JUDGE